**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JUDY A. YATES,**

    **Plaintiff,**

v.                                                   Case No.  **8:05-cv-1948-T-30TGW**

**PINELLAS COUNTY BOARD OF**
**COMMISSIONERS, Pinellas County, Florida,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

The Court has been advised by Attorney Randall Shanafelt that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2006.

                                                               JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1948.dismissal.wpd